UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PHILIBERT KONGTCHEU,
Plaintiff,

vs.

Comcast Corporation;
Comcast Representative X;
Comcast Representative Bhavya;
Comcast Representative Curtis Xfinity - Executive Customer Relations;
Comcast Representative Gabrielle K. Xfinity - Executive Customer Relations;
Comcast Representative Cheryl L. Xfinity - Executive Customer Relations;
Credence Resource Management, LLC,
Defendants.

**Civil Action No.: <u>1:25-cv-11869-RGS</u>**

# NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff **Philibert F. Kongtcheu**, proceeding pro se,

hereby appeals to the **United States Court of Appeals for the First Circuit** from the

final judgment entered in this action on **March 18, 2026**, as well as from all interlocutory

orders and rulings that merge into that judgment, including but not limited to:

**1. Summary Judgment Order**

The Order granting Defendant Credence Resource Management, LLC's motion for summary judgment and denying Plaintiff's motion for partial summary judgment.

**2. Arbitration Order**

The Order compelling arbitration and related rulings concerning the enforceability and scope of the alleged arbitration agreement.

**3. Denial of Leave to Amend**

The Order denying Plaintiff's motion for leave to amend the complaint.

**4. Other Interlocutory and Procedural Orders**

Any and all prior orders, rulings, and determinations that merge into the final judgment, including but not limited to:

- Orders relating to discovery disputes;
- Orders addressing evidentiary submissions, including affidavits;
- Orders concerning motions to strike, procedural relief, or case management; and
- Any rulings affecting the adjudication of Plaintiff's claims.

Plaintiff appeals on the grounds that the district court committed reversible error, including but not limited to:

- Misapplication of the summary judgment standard under Federal Rule of Civil Procedure 56;

- Improper resolution of disputed issues of material fact;

- Abuse of discretion in denying leave to amend under Federal Rule of Civil Procedure 15;

- Legal error in compelling arbitration absent sufficient evidence of contract formation and enforceability; and

- Inconsistent application of governing procedural standards across the proceedings.

Plaintiff respectfully requests that the Court of Appeals **vacate the judgment and the challenged orders and remand this matter for further proceedings consistent with governing law**.

Respectfully submitted,

*/s/ Philibert Kongtcheu*

Philibert Kongtcheu, Plaintiff *pro se*

195 Binney Street, Unit 2311

Cambridge, MA 02142

Tel: (646) 535-8027

Email: kongtcheu@gmail.com

Date:April 15, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2026, I caused a true and correct copy of the foregoing Plaintiff's NOTICE OF APPEAL, to be served upon all counsel of record in this action by electronic filing through the Court's CM/ECF system, which will send notice of electronic filing to all registered CM/ECF users.

Executed on April 15, 2026,

Cambridge, Massachusetts.


*Philibert Kongtcheu*

Philibert Kongtcheu